IN THE UNITED DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THOMAS BURRELL, ET AL.**                                                 **PLAINTIFFS**

VS.                                        **CAUSE NO.:   4:19CV124-NBB-JMV**

**CONCEPT AG. LLC, ET AL.**                                            **DEFENDANTS**

## ORDER

Consistent with the discussion had today between counsel for the parties and the Court during a telephonic status conference, the deadline for admission of counsel set by the Clerk's Notice [137] is extended, and all counsel currently not admitted to practice before this Court must be admitted on or before October 21, 2019, or risk disqualification.

SO ORDERED this 19th day of September, 2019.

                                                                                /s/ Jane M. Virden
                                                                                U. S. Magistrate Judge