# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**THOMAS BURRELL, ET AL.**                          **PLAINTIFFS**

**VS.**                                                  **Civil Case No. 4:19-cv-124-NBB-JMV**

**CONCEPT AG., LLC, ET AL.**                       **DEFENDANTS**

## ORDER

The Court, having considered the Motion [209] to substitute party, therefore, finds the Motion is well taken and is GRANTED. It is hereby ORDERED that Sylvia Ford Brown, Chapter 13 Bankruptcy Trustee, is substituted as the real party in interest in the place of Plaintiff David Allen Hall in this cause of action. The Clerk shall promptly make the appropriate change to the record.

This 31st day of January, 2020

                                                               /s/ Jane M. Virden
                                                               U. S. Magistrate Judge