# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**THOMAS BURRELL, ET AL.**                           **PLAINTIFFS**

**VS.**                                **Civil Case No. 4:19-cv-124-NBB-JMV**

**CONCEPT AG., LLC, ET AL.**                        **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

This case is before the Court pursuant to L.U.Civ.R. 16(b)(3)(B). Rule 16(b)(3)(B) provides:

> [f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

Defendants filed a motion [214] to dismiss for lack of personal jurisdiction on February 11, 2020. Accordingly, the proceedings listed above, along with the case management conference, are STAYED pending a ruling on the jurisdictional motion.

**SO ORDERED THIS**, the 13th day of February, 2020.

                                                     /s/ Jane M. Virden
                                                     U. S. Magistrate Judge