IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

THOMAS BURRELL, TYRONE
GRAYER, WALTER JACKSON,
MONIQUE JACKSON,
INTERNATIONAL TRUSTEE GROUP,
AND SYLVIA FORD BROWN, Chapter 13
Bankruptcy Trustee                                                              PLAINTIFFS

V.                                                         CIVIL ACTION NO. 4:19-cv-00124-NBB-JMV

CONCEPT AG, LLC,
AGRISELECT, LLC,
STINE SEED COMPANY,
M.D. KEVIN COOPER,
GREG CRIGLER, KEVIN RYAN,
B&B, INC., AND MYRON STINE                                                      DEFENDANTS

## ORDER DENYING PRO SE MOTION TO RETRANSFER

Presently before the court is the pro se motion of plaintiff Thomas Burrell to retransfer this case to the United States District Court for the Western District of Tennessee. Plaintiff Burrell is represented by counsel in this matter. The Local Uniform Civil Rules of this court require that "[w]hen a party appears by attorney, every … motion … must be signed … by at least one attorney of record admitted to the general practice of law in the district court in which the action is pending." L. U. Civ. R. 83.1(b)(1). Further, "[a]t least one resident attorney must sign every submission filed with the court…." L. U. Civ. R. 83.1(d)(3). Because plaintiff Burrell is represented by counsel in this action, the court, in accordance with the Local Rules, will not entertain his pro se motion.

2

It is, therefore, **ORDERED AND ADJUDGED** that plaintiff Thomas Burrell's pro se motion to retransfer this case is hereby **DENIED**.

This 30th day of September, 2020.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT COURT